NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC A. WELCH,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D19-1147
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.

Eric A. Welch, pro se.


PER CURIAM.


          Affirmed.  See Welch v. State, 255 So. 3d 290 (Fla. 2d DCA 2018) (table

decision); Welch v. State, 210 So. 3d 85 (Fla. 2d DCA 2016) (table decision); Welch v.

State, 152 So. 3d 581 (Fla. 2d DCA 2014) (table decision); Welch v. State, 139 So. 3d

345 (Fla. 2d DCA 2014) (table decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA

2000).


SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.